# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

160530

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LEONARD WILSON,
        Claimant-Appellant,

v

MEIJER GREAT LAKES LIMITED
PARTNERSHIP and UNEMPLOYMENT
INSURANCE AGENCY,
        Respondents-Appellees.

_____/

SC: 160530
COA: 349078
Ingham CC: 18-000711-AE

On order of the Court, the application for leave to appeal the October 1, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



a0520

Clerk